IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF

JAMES MULLINS, JR.                                                    PLAINTIFF

VS.                    NO. 5:08-CV-0002-WRW

WELBRO BUILDING CORPORATION,
GROUP LONG TERM DISABILITY INS. FOR
EMPLOYEES OF WELBRO BUILDING
CORPORATION; AND JEFFERSON PILOT
FINANCIAL INSURANCE COMPANY                          DEFENDANTS

## STIPULATED ORDER OF DISMISSAL

On this day came on to be heard James Mullins, Jr.'s, Welbro Building Corporation's ("Welbro"), and Group Long Term Disability Insurance for Employees of Welbro Building Corporation's (the "Plan") Order of Dismissal with Prejudice. The court, being fully aware of the facts and other matters associated with this case, and further being aware that the aforementioned parties have reached an amicable settlement in this matter, does hereby grant the Order of Dismissal with Prejudice and dismisses, with prejudice, Welbro Building Corporation and Group Long Term Disability Insurance for Employees of Webro Building Corporation. This Order of dismissal does not in any way dismiss Jefferson Pilot Financial Insurance Company and again notes the settlement and subsequent dismissal if effective only against Welbro and the Plan.

IT IS SO ORDERED.

_4/11/08_                                            _____
DATE                                                 DISTRICT COURT JUDGE

Prepared by:

Daniel W. Marvin
Barber, McCaskill, Jones, & Hale, P.A.
400 West Capitol Avenue, Suite 2700
Little Rock, AR 72201
dan.marvin@barberlawfirm.com

/s/ Daniel W. Marvin

Stipulated by:

Mr. Leon Marks
Attorney at Law
111 Center Street, Suite 1200
Little Rock, AR 72201
lmarks5080@aol.com

/s/ Leon Marks