IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES MULLINS, JR.**                                                               **PLAINTIFF**

vs.                                              **5:08-CV-00002-WRW**

**JEFFERSON PILOT FINANCIAL**
**INSURANCE COMPANY**                                                      **DEFENDANTS**

**JUDGMENT**

Based on the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 21st day of August, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE